IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| HAYWOOD JACKSON MIZELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL CASE NO. 1:21-cv-110-ECM ) |
| THE CITY OF OZARK, | ) ) |
| Defendant. | ) |

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered on this date adopting the Recommendation of the Magistrate Judge, it is the

ORDER, JUDGMENT and DECREE of the Court that final judgment is entered against the Plaintiff and in favor of the Defendant on the federal claim brought in this case.

The Court declines to exercise supplemental jurisdiction over the state law claims in this case pursuant to 28 U.S.C. § 1367, and those claims are DISMISSED without prejudice.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 11th day of March, 2024.

        /s/ Emily C. Marks
EMILY C. MARKS
CHIEF UNITED STATES DISTRICT JUDGE